**Abatement Order filed March 21, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00794-CV
_____

**ZACHARY COLEMAN, Appellant**

**V.**

**CHRISTOPHER DEWAYNE REICH, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 978,234-002**

---

## ABATEMENT ORDER

This is an appeal of a summary judgment granted in favor of Christopher DeWayne Reich. Appellant has filed a notice of stay.

On March 15, 2013, appellant informed the court that Santa Fe Auto Insurance Company, which insures appellee, has been placed into receivership by the State of Texas. On February 28, 2013, the State of Texas asked the Commissioner of Insurance for the State of Texas to place Santa Fe Auto Insurance Company into rehabilitation pursuant to chapter 443 of the Texas Insurance Code.

The State also requested a permanent injunction and automatic stay of litigation pursuant to section 443.008 of the Texas Insurance Code.

On March 8, 2013, the 419th District Court of Travis County, Texas entered a rehabilitation order in *State of Texas v. Santa Fe Auto Insurance Company*, Cause No. D-1-GV-13-000204. The 419th District Court appointed the Texas Commissioner of Insurance as the rehabilitator for Santa Fe Auto Insurance Company. The rehabilitation order also issued automatic stays with respect to actions against insureds of Santa Fe Auto Insurance Company as specified in section 443.008(d) of the Texas Insurance Code. Accordingly, we stay this appeal. This appeal is abated until **June 6, 2013**, which is ninety days from the entry of the rehabilitation order.

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until June 6, 2013, or further order of this court.


PER CURIAM